UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN E. DUNN, a married person, and PATRICIA DUNN, a married person,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, a Municipal Corporation, S. MALANIK and 'Jane Doe" MALANIK, individually and as a marital community, TY SNYDER and "Jane Doe" SNYDER, individually and as a marital community, BRYAN TOFOYA and "Jane Doe" TOFOYA, individually and as a marital community,<br><br>Defendants. | NO. CV-07-366-RHW<br><br>**ORDER DISMISSING CLAIMS AGAINST THE CITY OF SPOKANE DEFENDANTS AND CLOSING FILE** |

Before the Court is Plaintiffs' and the City of Spokane Defendants' Stipulation of Dismissal with Prejudice (Ct. Rec. 62). The motion was heard without oral argument.

The parties ask the Court to dismiss the claims asserted against Defendants City of Spokane, S. Malinak and "John Doe Malinak," Ty Snider and "Jane Doe Snider", and Bryan Tafoya and "Jane Doe" Tafoya be dismissed with prejudice. The Court finds that good cause exists to grant the stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' and the City of Spokane Defendants' Stipulation of Dismissal with Prejudice (Ct. Rec. 62) is **GRANTED**.

**ORDER DISMISSING CLAIMS AGAINST THE CITY OF SPOKANE DEFENDANTS AND CLOSING FILE** ~ 1

2. The claims asserted against Defendants City of Spokane, S. Malinak and "John Doe Malinak," Ty Snider and "Jane Doe Snider", and Bryan Tafoya and "Jane Doe" Tafoya are dismissed with prejudice and without costs.

3. All the claims asserted by Plaintiff have been dismissed. The District Court Executive is directed to close the file.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 16th day of May, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2007\Dunn\dismiss3.wpd

**ORDER DISMISSING CLAIMS AGAINST THE CITY OF SPOKANE DEFENDANTS AND CLOSING FILE ~ 2**